Dennis FRANKLIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49445.

Missouri Court of Appeals,
Western District.

March 7, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 2, 1995.

Application to Transfer Denied
June 20, 1995.

Craig A. Johnston, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from the dismissal of a Rule 29.15 motion for post-conviction relief for untimely filing.

Affirmed.   Rule 84.16(b).